IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSE ENRIQUE MENDIOLA                                                                  PLAINTIFF

v.                                    NO. 5:13-cv-00221 JLH

JARED BYERS, ROBERT PIERCE,                                                         DEFENDANTS
and CYNTHIA G. COURINGTON

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for summary judgment filed by defendants Jared Byers, Robert Pierce, and Cynthia G. Courington is granted. See Pleading 46. The cross motion for summary judgment filed by plaintiff Jose Enrique Mendiola is denied. See Pleading 55. This case is dismissed without prejudice. Judgment will be entered for the defendants. The Court certifies that an in forma pauperis appeal would be frivolous and not taken in good faith. See 28 U.S.C. 1915(a)(3).

IT IS SO ORDERED this 30th day of March, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE