# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JOSE ENRIQUE MENDIOLA                                                      PLAINTIFF

v.                                    NO. 5:13-cv-00221 JLH

JARED BYERS, ROBERT PIERCE,                                              DEFENDANTS
and CYNTHIA G. COURINGTON

### JUDGMENT

Pursuant to the Order entered this day, judgment is entered for defendants Jared Byers, Robert Pierce, and Cynthia G. Courington. This case is dismissed without prejudice, and the Court certifies that an <u>in forma pauperis</u> appeal would not be taken in good faith. <u>See</u> 28 U.S.C. 1915(a)(3).

IT IS SO ORDERED this 30th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE